## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| TERRY DOLQUIST | : No. 162 WAL 2020 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (CITY OF NEW CASTLE, | : |
| NATIONAL UNION FIRE INSURANCE | : |
| COMPANY OF PITTSBURGH, PA C/O | : |
| AIG, BROADSPIRE SERVICES, INC.), | : |
| | : |
| | : |
| PETITION OF: CITY OF NEW CASTLE, | : |
| NATIONAL UNION FIRE INSURANCE | : |
| COMPANY OF PITTSBURGH, PA C/O | : |
| AIG, BROADSPIRE SERVICES, INC. | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.